# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 3:20-CV-381 |
| Plaintiff, | |
| -vs- | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| RED ROOF INNS, INC., | |
| Defendant. | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr. solely for the purpose of conducting a mediation. The appointed Mediator shall have full authority to conduct the mediation and shall report to United States District Judge Thomas M. Rose whether or not it has resulted in settlement of this case.

August 9, 2021

                                                                                                            s/Sharon L. Ovington
                                                                                                              Sharon L. Ovington
                                                                                 United States Magistrate Judge
                                                                                        and  ADR Coordinator