# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : Case No. 3:20-cv-381 |
| Plaintiff, | : District Judge Thomas M. Rose |
| | : Magistrate Judge Caroline H. Gentry |
| vs. | : |
| RED ROOF INNS, INC., | : |
| Defendant. | : |

## ORDER

This case is before the Court on Plaintiff's Motion to Compel Defendant's Complete Responses to Plaintiff's First Request for Production of Documents (Doc. No. 44). Defendant is hereby **ORDERED** to file an expedited response to Plaintiffs' Motion by March 2, 2022. Plaintiff may file an expedited reply no later than March 3, 2022. Furthermore, this matter is set for a Hearing on the Motion on Friday, March 4 at 1:30 p.m. before Magistrate Judge Caroline H. Gentry via GoToMeeting.

Instructions for joining the hearing are as follows:

> **Before Magistrate Judge Gentry**
> **Please join my meeting from your computer, tablet or smartphone.**
> https://meet.goto.com/153631981
>
> You can also dial in using your phone.
> United States: +1 (571) 317-3122
>
> **Access Code**: 153-631-981
>
> Join from a video-conferencing room or system.
> Dial in or type: 67.217.95.2 or inroomlink.goto.com

       Meeting ID: 153 631 981
       Or dial directly: 153631981@67.217.95.2 or 67.217.95.2##153631981

**IT IS SO ORDERED**.

February 25, 2022                          *s/Caroline H. Gentry*
                                                     Caroline H. Gentry
                                                     United States Magistrate Judge